1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   OSCAR ACOSTA TREJO,                )    NO. CV 09-5921 RGK (SS)
                                        )
12                  Petitioner,         )    **ORDER ADOPTING FINDINGS,**
                                        )
13        v.                            )    **CONCLUSIONS AND RECOMMENDATIONS OF**
                                        )
14   GARY SWARTHOUT, Acting Warden,     )    **UNITED STATES MAGISTRATE JUDGE**
                                        )
15                  Respondent.         )
     _____)
16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First

18   Amended Petition, all the records and files herein and the Report and

19   Recommendation of the United States Magistrate Judge.  The time for

20   filing Objections to the Report and Recommendation has passed and no

21   Objections have been received.  Accordingly, the Court accepts and

22   adopts the findings, conclusions and recommendations of the Magistrate

23   Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1      **IT IS ORDERED** that the First Amended Petition is denied and

2 Judgment shall be entered dismissing this action with prejudice.

3

4      **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and

5 the Judgment herein on counsel for Petitioner and counsel for

6 Respondent.

7

8      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10 Dated:    DEC - 2 2010]

11

12                                 R. GARY KLAUSNER

13                                 UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28