UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ACOSTA TREJO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GARY SWARTHOUT, Acting Warden,<br><br>　　　　　Respondent. | NO. CV 09-5921 RGK (SS)<br><br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: DEC - 2 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE